IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                          Case No.: 23-mj-76

ROBERT SEYMOUR,

               Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 21, UNITED STATES CODE,
SECTION 841(a)(1)

---

BEFORE United States Magistrate Judge     United States District Court
Stephen L. Crocker                           120 North Henry Street
                                                           Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about May 31, 2023, in the Western District of Wisconsin, the defendant,

ROBERT SEYMOUR,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

This complaint is based on the attached affidavit of Ryan Volenberg

                                            Ryan Volenberg
                                            Drug Enforcement Administration
                                            Task Force Officer

Sworn to telephonically this 26TH day of JUNE, 2023

                                            HONORABLE STEPHEN L. CROCKER
                                            United States Magistrate Judge

| | |
|---|---|
| COUNTY OF DANE | ) |
| | ) ss |
| STATE OF WISCONSIN | ) |

## AFFIDAVIT

I, Ryan Volenberg, first being duly sworn under oath, hereby depose and state as follows:

1.  I am a Special Agent with the Wisconsin Department of Justice, Division of Criminal Investigation (DCI) assigned to work narcotics trafficking investigations out of the Madison Field Office in Wisconsin. I have been employed with DCI since 2017 and have a total of approximately 20 years' experience as a law enforcement officer. I am also a Task Force Officer (TFO) assigned to DEA. As a DCI Special Agent and DEA TFO, I have received training and have experience investigating dozens of narcotics investigations involving alleged violations of federal narcotics, firearms, and money laundering laws including, but not limited to, Title 21, United States Code, Sections 841, 846, 856, 952, 959, and 963 and Title 18, United States Code, Sections 924 and 1956(a). I have participated in numerous investigations involving the purchase of controlled substances from suspected narcotics traffickers using both undercover operatives and confidential sources, the execution of search warrants for narcotics, the seizure of narcotics proceeds and the documentary evidence of narcotics trafficking. I have personally been involved in debriefing defendants, informants and witnesses, and others who have knowledge of the manufacturing, distribution, transportation, storage and importation of controlled substances.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and witnesses, and evidence collected during this investigation. This affidavit does not contain all the information I have regarding this investigation. Rather, it is for the limited purpose of establishing probable cause to arrest Robert Seymour.

3.      Based on the information described below, I believe there is probable cause that Robert Seymour has violated Title 21, United States Code, Section 841(a)(1).

## PROBABLE CAUSE

4.      In May 2023, I met with a confidential source (CS-1)[1], who stated that Robert Seymour was selling heroin, cocaine, and methamphetamine in the Dane County, Wisconsin area. CS-1 further stated that Seymour used 2617 Hazelwood Court, Unit 5, to conduct drug sales and CS-1 has been to that apartment.

5.      On May 31, 2023, Wisconsin Department of Justice-Division of Criminal Investigation Special Agent Kyle Dilley supervised the controlled purchase of heroin between CS-1 and Seymour. Specifically, CS-1 made a recorded call to Seymour in which Seymour agreed to sell 25 grams of heroin for $1500. Seymour then directed CS-1 to 2617 Hazelwood Court, Fitchburg, Wisconsin, to complete the heroin transaction. CS-1 was given $1500 of prerecorded buy money and a covert audio recording device. While waiting for Seymour to arrive at the above-mentioned

---

[1] CS-1 is being paid by law enforcement agents for his/her assistance with this investigation. CS-1 has felony convictions for substantial battery, possession of a firearm by a felon, and first degree recklessly endangering safety. CS-1 has misdemeanor convictions for disorderly conduct, resisting/obstructing an officer, battery, theft, and possession of THC.

residence, surveillance officers observed Seymour arrive in a white Chevrolet Tahoe. Surveillance officers observed Seymour exit the vehicle and walk inside the main entrance to 2617 Hazelwood Court. Surveillance officers identified Seymour based upon his Wisconsin Department of Transportation photo and his Dane County Jail booking photo.

6. After Seymour was inside the apartment building, CS-1 stated that he/she received a call from Seymour. Surveillance officers then observed CS-1 walk into the apartment building at 2617 Hazelwood Court. Ten minutes later, surveillance officers observed CS-1 exit the apartment building and drive to a predetermined meeting location. Once there, CS-1 turned over to Special Agent Dilley a clear plastic baggie that contained a brown chunky substance which weighed approximately 25 grams. CS-1 then told Special Agent Dilley that once inside 2617 Hazelwood Court, Unit 5, Seymour had large Ziploc bag that contained roughly 9 to 10 ounces of heroin. Seymour then took a hammer to break off some of the heroin and gave CS-1 25 grams of heroin in exchange for the $1500 of police buy money. Searches of CS-1 before and after the controlled buy were negative for any controlled substances or currency.

7. I later conducted a field test of the 25 grams of heroin and it tested positive for the presence of heroin.

8. I further reviewed the recorded call from CS-1 to Seymour arranging the above-mentioned drug transaction and confirmed that during the call CS-1 and Seymour were negotiating the price for the sale.

9. As set forth above, I submit there is probable cause to believe that Robert Seymour has violated Title 21, United States Code, Section 841(a)(1).

> Ryan Volenberg
> Drug Enforcement Administration
> Task Force Officer

Sworn telephonically before me this 26TH day of JUNE, 2023.

> Honorable Stephen L. Crocker
> United States Magistrate Judge

4